IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 1:19-CR-38 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 472 |
| CHRISTOPHER LEE WAYNE YORK, | : | |
| | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES:**

COUNT ONE
Uttering/Passing Counterfeit Federal Reserve Notes
(18 U.S.C. § 472)

On or about July 20, 2019, in the Albany Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**CHRISTOPHER LEE WAYNE YORK,**

defendant herein, with the intent to defraud, did pass and utter falsely made, forged, and counterfeited obligations of the United States, that is, thirty-two (32) $100 counterfeit Federal Reserve Notes, each bearing serial number LB45440078L, which he then knew to be falsely made, forged and counterfeited.

All in violation of Title 18, United States Code, Section 472.

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*

FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

JIM CRANE
ASSISTANT U.S. ATTORNEY

*Filed in open court this* __13__ *day of* __Aug__ *A.D. 20* __19__.

*Deputy Clerk*